EUGENE R. SHAPLEY *vs.* SARAH C. SHAPLEY.

Middlesex. February 25, 1914. — March 31, 1914.

Present: RUGG, C. J., LORING, BRALEY, SHELDON, & CROSBY, JJ.

*Probate Court,* Appeal. *Equity Pleading and Practice,* Appeal.

An appeal from a final decree made by a single justice of this court affirming a decree of the Probate Court which has ordered a partial distribution of an estate, where the objections to the decree relate only to matters of fact which cannot be considered because the evidence is not reported, presents no question of law for determination by this court, and must be dismissed.

CROSBY, J. A decree was entered in the Probate Court for a partial distribution of the estate of George H. Shapley among the widow (the appellant), who has waived the provisions of the will, and legatees of the deceased.

It appears by this decree that all persons interested appeared by counsel and were heard. The appellant appealed from the decree to the Supreme Judicial Court; the appeal was heard before a single justice; and a final decree was entered affirming the decree of the Probate Court.

This appeal from the final decree presents no question of law. The objections filed relate to matters of fact and cannot be considered, as the evidence is not reported. *Regal* v. *Lyon,* 212 Mass. 230. *Cressey* v. *Cressey,* 213 Mass. 191.

The appeal must be dismissed.

*So ordered.*

The case was submitted on briefs.

*S. C. Shapley,* pro se.

*F. H. Williams & F. M. Copeland,* for the petitioner.